1 MICHAEL COSENTINO, State Bar No. 83253
  Attorney at Law
2 P.O. Box 129
  Alameda, CA 94501
3 Telephone: (510) 523-4702

4 Attorney for Plaintiff
  United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C 99-1231 M |
| Plaintiff, | |
| v. | STIPULATED ORDER OF CONTINUING GARNISHMENT |
| DEBRA SEAMAN aka DEBRA A. SEAMAN, | |
| Defendant, | |
| and | |
| COMPASS GROUP USA, | |
| Garnishee. / | |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, DEBRA SEAMAN aka DEBRA A. SEAMAN, that garnishee, COMPASS GROUP USA, withhold $50.00 each month from Judgment Debtor's non-exempt disposable income, commencing with the December, 2011, pay period, until the entire current judgment principal last compounded on June 2, 2011 in the amount of $9,790.51, (original judgment in the amount of $6,452.01 entered June 2, 1999) plus interest compounded annually pursuant to 11 USC §1961(b) at the rate of 4.727 % per annum on said current judgment principal, for total interest through and including December 6, 2011, in the amount of $1,072.87, for a total due of principal and interest as of December 6, 2011, in the amount of $10,863.38, has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

IT IS HEREBY FURTHER STIPULATED that COMPASS GROUP USA, Garnishee, immediately remit to the United States Department of Justice $50.00 as and for the month of

December, 2011, and for each month thereafter; Garnishee shall return to debtor any funds withheld in excess of $50.00 per month.

IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box 790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim number **1999B65132** on each check for posting purposes.

IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail from judgment creditor to judgment debtor, shall submit a financial statement to judgment creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case. It is understood that any appeal from an order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

By his signature hereafter, DEBRA SEAMAN aka DEBRA A. SEAMAN acknowledges that she has read, understands and waives all of her rights under the CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT OF CONTINUING GARNISHMENT in exchange for the herein payment stipulation.

Dated: December 6, 2011

/s/
Michael Cosentino, Counsel for United States

Dated: 12-8-11

DEBRA SEAMAN aka DEBRA A. SEAMAN

**IT IS SO ORDERED.**

Dated: 12-29-11

UNITED STATES MAGISTRATE JUDGE